

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Jose Cervantes,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:21-cr-00101-CJC-15<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __December 8__ , __2021__ , at __2:00__ ☐a.m. / ☒p.m. before the Honorable __John D. Early__ , in Courtroom __6A/via Videoconference__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __December 6, 2021__       JOHN D. EARLY
U.S. ~~District Judge~~/Magistrate Judge